(96 South. 873)

## WORTHINGTON v. PRUETT. (6 Div. 907.)

(Supreme Court of Alabama. June 14, 1923.)

**Appeal and error ⚍1012(1)—Trial court sole judge of weight of evidence.**

It was open to the trial court to deny credence or to accord credence to evidence tending, respectively, to support or refute the right of complainant in equity to the relief sought.

Appeal from Circuit Court, Jefferson County; Wm. M. Walker, Judge.

Bill by M. P. Worthington against Mary Pruett to sell land for division. From a decree dismissing the bill, complainant appeals. Affirmed.

W. T. Edwards and David J. Davis, both of Birmingham, for appellant.

When two persons jointly own realty which cannot be equitably divided without sale, either joint owner is entitled to have it sold for division as a matter of right. Donnor v. Quartermas, 90 Ala. 164, 8 South. 715, 24 Am. St. Rep. 778.

H. M. Abercrombie, of Birmingham, for appellee.

No brief reached the Reporter.

McCLELLAN, J. The appellant filed his bill against appellee seeking the sale for division between them as tenants in common of a certain lot in North Birmingham. There was an amendment to the bill asserting that appellee claimed a lien, through mortgage, on the "interest" of John Pruett; such "interest" being that "this complainant now owns." The court heard the witnesses, and thereupon denied the relief sought. It was open to the court to deny credence to or accord credence to the evidence tending, respectively, to support or to refute the right of the complainant to the relief sought. Evidently the court did not credit complainant's averment and contention that he owned an undivided half interest in the lot. In so concluding we cannot say there was error. McClurkin v. McClurkin, 206 Ala. 513, 90 South. 917, where earlier pronouncements are noted.

Affirmed.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.